## STATEMENT OF FACTS

1. On Monday May 12, 2025, Metropolitan Police Department Officers Jackson and Grant were conducting foot patrol in the vicinity of the Gallery Place/Chinatown Metro Station. Both Officers were dressed in full police uniform, including Body Worn Camera ("BWC"). While on foot patrol, Officers Jackson and Grant saw two men: a black male wearing a green hoodie with cream and tan New Balance tennis shoes, and a black male wearing a black sweater with white lettering in front of 675 H Street, Northwest.

2. Officer Jackson immediately recognized the men's clothing as matching a BOLO (Be On the Look Out) for an armed robbery that had been committed inside the Gallery Place/Chinatown Metro Station on May 8, 2025. Suspect 1 was a black male in a green hoodie along with cream and tan New Balance lace up tennis shoes. Suspect 2 was a black male with a black shirt and white lettering. During the robbery, Suspect 1 used what was described as silver handgun.

3. The BOLO included the following still shots of Washington Area Metro Transit Authority ("WMATA") surveillance video showing the two men in and near the Metro station on May 8, 2025.



1

4. Immediately after observing the men, Officer Jackson relayed the lookout information and the suspects' direction of travel. The two men were seen walking into the Five Guys restaurant located at 808 H Street, Northwest. After requesting, and receiving, assistance from additional Officers, Officers Jackson and Grant entered the restaurant to effect a stop and investigate the armed robbery on May 8, 2025.

5. The Officers did not immediately see the suspects inside the restaurant, but provided a description of the individuals to the employees and citizens of the restaurant. An individual who did not wish to provide their identification told the officers that the men were in the bathroom. Officers positioned themselves outside the two bathroom doors and gave loud verbal commands for the men to come out. Each of the suspects came out of a separate bathroom and no other persons were present. The man wearing the green hoodie with cream and tan New Balance tennis shoes was identified by law enforcement as ANTONIO COOK. A picture taken at the scene of COOK's arrest shows the clothing that he was wearing when he was arrested.



6. Inside the bathroom that COOK had been in alone, Officers discovered a black and silver KAHR, Model P9, 9mm semi-automatic handgun with serial number EA6571. The handgun was loaded with one round in the chamber and five rounds in the seven-round capacity magazine. Law enforcement queries confirmed that the handgun was not registered in the District of Columbia and that COOK did not have a license to carry the firearm.



7. A criminal history check showed that COOK had been previously convicted of crimes punishable by more than one year in prison in the United States District Court for the District of Columbia Case Number 20-CR-186 (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) and D.C. Superior Court Case Number 2015 CF3 9510 (Robbery, Conspiracy to Commit a Crime of Violence while Armed).

8. As such, Your Affiant respectfully submits that there is probable cause to find that, on May 12, 2025, in the District of Columbia, ANTONIO COOK committed the offense of Unlawful Possession of a Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

_____
Officer Jalisa Jackson, 12860 #3933
Metropolitan Police Department, Washington, D.C.

SWORN AND SUBSCRIBED BEFORE ME ON MAY 13, 2025.

_____
G. MICHAEL HARVEY
United States Magistrate Judge

4